Case 1:04-cv-06756-RJH Document 18 Filed 10/05/04 Page 1 of 2

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/04
```



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NEJAT ALEMDAR and MOMENTUM PORTFOLIO MANAGEMENT,

        Plaintiffs,

-against-

M. KORHAN SAGLAM and NTH CAPITAL MANAGEMENT LLC,

        Defendants.

04 CV 06756 (RJH)

**DEFAULT JUDGMENT**

This action having been commenced on August 20, 2004 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on defendant M. Korhan Saglm ("Saglam") by the delivery of a copy of the Summons and Complaint to the doorman of Saglam's residence and on defendant Nth Capital Management LLC by the delivery of a copy of the Summons and Complaint to the Secretary of State of the State of New York, and proof of such service having been filed on August 25, 2004, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiffs have judgment against defendants in the liquidated amount of $770,000 with interest at 9% for the amount of $180,000 from June 3, 2004 through June 7, 2004 and for the amount of $770,000 from June 7, 2004 through September 17, 2004, amounting to $19,733.42, plus

costs and disbursements of this action in the amount of $499.85, amounting in all to

$790,233.27.

The Clerk shall close this case.

Dated: New York, New York

~~September ___, 2004~~
October 5, 2004

_____
U.S.D.J.

This document was entered on the docket on _____.